1 BENJAMIN B. WAGNER
United States Attorney
2 NICHOLAS M. FOGG
Special Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-CR-217-CKD |
|---|---|---|
| Plaintiff, | ) | Order Continuing TCH and Jury Trial, and Excluding Time Under Local Code T4 |
| v. | ) | |
| PORSHA SLATER, | ) | DATE: August 20, 2012 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Carolyn K. Delaney |

It is hereby ordered that the Trial Confirmation Hearing scheduled for August 9, 2012 at 9:30 a.m. and the Jury Trial scheduled for August 20, 2012 at 9:30 a.m. are continued to September 20, 2012 at 9:30 a.m. and October 15, 2012 at 9:30 a.m., respectively. Time is excluded from today's date through September 20, 2012 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: July 16, 2012

/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge