BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>　　　　Plaintiff, )<br><br><br><br>　　v. )<br><br>PORSHA M. SLATER, )<br><br>　　　　Defendant. )<br>_____) | 2:12-CR-217-CKD<br><br>Order Vacating Jury Trial,<br>Setting Status Conference,<br>and Excluding Time Under<br>Local Code T4<br><br>DATE: November 15, 2012<br>TIME: 9:30 a.m.<br>JUDGE: Carolyn K. Delaney |

It is hereby ordered that the Jury Trial scheduled for November 5, 2012 at 9:30 a.m. is vacated and a Status Conference is set for November 15, 2012 at 9:30 a.m. The pre-trial motion schedule is also vacated. Time is excluded from today's date through November 15, 2012 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: <u>October 9, 2012</u>　　　　　　<u>/s/ Carolyn K. Delaney</u>
　　　　　　　　　　　　　　　　HON. CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　United States Magistrate Judge