```
1  BENJAMIN B. WAGNER
   United States Attorney
2  NICHOLAS M. FOGG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-CR-217-CKD |
|---|---|---|
| Plaintiff, | ) | Order Continuing Hearing on Motion to Modify Conditions of Release |
| v. | ) | |
| PORSHA M. SLATER, | ) | DATE: October 18, 2012 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Carolyn K. Delaney |

It is hereby ordered that the Hearing on the government's motion to modify the defendant's conditions of release scheduled for October 11, 2012 at 9:30 a.m. is continued to October 18, 2012 at 9:30 a.m.

IT IS SO ORDERED.

Dated: <u>October 11, 2012</u>          /s/ Carolyn K. Delaney
                                        _____
                                        HON. CAROLYN K. DELANEY
                                        United States Magistrate Judge